# In the United States District Court
## for the Southern District of Georgia
## Waycross Division

RANDI-JO DAVIS,

    Plaintiff,

v.

C&F FINANCE COMPANY, SNATCH
BOYZ, LLC, and DEVIN BROWN,

    Defendants.

CV 526-278

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal, dkt. no. 9, wherein she notifies the Court that she wishes to dismiss her claims against Defendant C&F Finance Company without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against C&F Finance Company are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate C&F Finance Company as a defendant in this matter. Plaintiff's claims against the other Defendants remain pending.

**SO ORDERED,** this __12__ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA